**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-6893**

———————————

WADGY CHARIF,

Plaintiff - Appellant,

versus

FEDERAL BUREAU OF PRISONS (BOP); FEDERAL
CORRECTIONAL INSTITUTION; FEDERAL CORRECTIONAL
INSTITUTION-PETERSBURG; HARRELL WATTS; HARLEY
G. LAPPIN; JOSEPH BROOKS; C. MENDOZA; J.
ALLEN; S. SHAH; E. PANAGUITON; J. FAJARDO; E.
SORIO; CATHY MCCULLAN; YOLANDA VASQUEZ; MR.
BRODIE; TERRY D. WRIGHT; MR. PRICE,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-03-265-AM)

———————————

Submitted: September 30, 2003      Decided: October 8, 2003

———————————

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Wadgy Charif, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Wadgy Charif appeals the district court's orders dismissing his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), for failure to state a claim. <u>See</u> 28 U.S.C. § 1915A(b)(1) (2000). Charif also appeals the court's order denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Charif v. Fed. Bureau of Prisons</u>, No. CA-03-265-AM (E.D. Va. filed Apr. 7, 2003 & entered Apr. 8, 2003; filed May 12, 2003 & entered May 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>